UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gennaro Angiulo,
                    Petitioner

                                    CIVIL ACTION

            V.
                                    NO. 04-40041-NMG

Winn,
                    Respondent

ORDER

Gorton, D. J.

Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition For Writ of Habeas Corpus by a Person in Federal Custody upon the office of the United States Attorney.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition For Writ of Habeas Corpus.

|         |         |
|---------|---------|
| 4/1/04  | /s/ Nathaniel M. Gorton |
| Date    | United States District Judge |

(2255serv.ord - 09/96)                                    [2241serv.]