UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
GENNARO ANGIULO          )
                         )
     v.                  )  Civil Action No. 04-40041-NMG
                         )
UNITED STATES OF AMERICA )
```

FILED
IN CLERKS OFFICE
2004 APR 13 P 12: 29

## MOTION TO EXTEND TIME

Now comes the United States of America, by and through, the undersigned attorney and respectfully requests that this court grant an extension of time in which to file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus for the following reason: the Petitioner has filed a complex, lengthy writ that will require extensive review before the government's response can be filed.

Therefore, the United States requests that its answer to the writ be due on August 17, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ERNEST S. DiNISCO
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                    Boston, Massachusetts
                                April 9, 2004

This is to certify that I have this day served a copy of the foregoing document by mail on Gennaro Angiulo, 03583-016, F.M.C. Devens, P. O. Box 879, Ayer, Massachusetts 01432-0879.

_____
ERNEST S. DiNISCO
Assistant United States Attorney