Mr. Gennaro Angiulo,#03583-016
Federal Medical Center
P.O. Box 879/J-A
Ayer, MA  01432

Mr. Martin Castles
Clerk for the,
Honorable Frank Dennis Saylor, IV
United States District Court
595 Main Street
Worcester, MA  01608

August 9, 2004

**RE: Angiulo v. David L. Winn, et al., No. 04-40041-FDS**

Dear Mr. Castles:

Contained in my earlier <u>Motion For Extension Of Time</u>, I made
the mistake of hastily miscalculating the actual two (2) week
period from the date of receipt of the Government's Opposition. I
respectfully correspond to resolve that miscalculation. My request
should of read that I was asking for (14) days "up to and including
Friday August 20, 2004" which would reflect the two (2) weeks needed
as indicated in my motion.

Would you please inform His Honor that I am requesting until
August 20, 2004 in order to facilitate my response to the Government's
Opposition. Thank you for your attention to this matter.

Respectfully submitted,

Mr. Gennaro Angiulo, pro se
Petitioner

cc. AUSA DiNisco
    file