UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------X
)
GENNARO J. ANGIULO                )
    Petitioner,                          )
)
)
vs.                                               )   Civil Action No. 04-40041 FDS
)
)
UNITED STATES OF AMERICA,    )
    Respondent.                        )
)
----------------------------------------------------X

## NOTICE OF APPEARANCE

Anthony M. Cardinale, Esq. hereby enters his appearance on behalf of the Petitioner Gennaro J. Angiulo in the above-captioned matter.

Date:  December 6, 2004

Respectfully Submitted,
By his attorney,

_____
Anthony M. Cardinale, B.B.O. #073460
Law Office of Anthony M. Cardinale
655 Summer Street
Boston, MA 02210
Tel: 617-345-5400