UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENNARO J. ANGIULO, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 04-40041-FDS |
| ) | |
| CAROLYN A. SABOL, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## MEMORANDUM AND ORDER ON
## PETITION FOR WRIT OF HABEAS CORPUS

**SAYLOR, J.**

This is a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner Gennaro J. Angiulo was sentenced to a lengthy term of imprisonment in 1986, prior to the effective date of the Sentencing Reform Act of 1984, and therefore prior to the general abolition of parole in the federal sentencing system.  Petitioner makes various contentions concerning the 2003 decision of the Parole Commission to deny him early release.

The Court is informed that on June 22, 2007, the United States Parole Commission approved petitioner's request for parole, and that he is scheduled to be released from custody on September 18, 2007.  It therefore appears that this action has become moot.

Accordingly, and for the foregoing reasons, the petition for a writ of habeas corpus will be dismissed as moot 30 days from the entry of this order, unless petitioner demonstrates good cause why it should not be so dismissed within that time period.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated:  July 24, 2007          United States District Judge